IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.  3:09cr77/MCR
 3:10cv169/MCR/EMT

DONALD WAYNE BAXLEY
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 9, 2010 (Doc. 76). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss (Doc. 75) is **GRANTED**.

3. This § 2255 action is dismissed without prejudice.

**DONE AND ORDERED** this 19th day of August, 2010.

 s/ *M. Casey Rodgers*
 **M. CASEY RODGERS**
 **UNITED STATES DISTRICT JUDGE**